(PC) Brown v. Marshall et al                                                                                          Doc. 4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

    Plaintiff,                   No. CIV S-07-0956 MCE DAD P

    vs.

G. MARSHALL, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has also filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 21, 2007 application to proceed in forma pauperis is denied without prejudice;

/////

1

Dockets.Justia.com

1    2. Plaintiff shall submit, within thirty days from the date of this order a properly
2 completed in forma pauperis application that includes a certified copy of plaintiff's prison trust
3 account statement for the six-month period immediately preceding the filing of the complaint in
4 this action and a prison official's certification; plaintiff is cautioned that failure to comply with
5 this order or seek an extension of time to do so will result in a recommendation that this action be
6 dismissed without prejudice; and
7    3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8 In Forma Pauperis By a Prisoner for use in a civil rights action.
9 DATED: May 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0956.3e