IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

        Plaintiff,                    No. CIV S-07-0956 MCE DAD P

    vs.

G. MARSHALL, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed two requests for an extension of time to file an opposition to defendants' motion to dismiss.[1]  Good cause appearing, plaintiff's requests for an extension of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 12, 2008 and May 27, 2008 requests for an extension of time are granted;

/////

/////

---

[1] In his May 12, 2008 request, plaintiff also asked for a court order requiring the Warden at the California Correctional Institution ("CCI") to release his personal property.  Plaintiff has since informed the court that he has received his property.  Accordingly, plaintiff's request will be denied as moot.

1

1  2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 78-230(m); and

3. Plaintiff's May 12, 2008 request for a court order directing the Warden to release his personal property is denied as moot.

DATED: May 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
brow0956.36opp