IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY RAY BROWN,

        Plaintiff,                    No. CIV S-07-0956 MCE DAD P

    vs.

G. MARSHALL, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 31, 2011, plaintiff filed an opposition to defendants' motion for summary judgment. On June 3, 2011, plaintiff filed a motion to amend his opposition, together with a proposed amended opposition. Good cause appearing, the court will grant plaintiff's motion to amend, and the case will proceed on his amended opposition.

        Defendants have requested an extension of time to file a reply to plaintiff's opposition. Good cause appearing, the court will grant defendants' motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to amend his opposition to defendants' motion for summary judgment (Doc. No. 63) is granted;

1    2. Defendants' motion for an extension of time to file a reply (Doc. No. 64) is
2 granted; and
3    3. Defendants shall file a reply to plaintiff's amended opposition, if any, on or
4 before June 24, 2011.
5 DATED: June 14, 2011.

　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
8 DAD:9　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　 brow0956.36reply+